

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00573-CV

**DINAEQUIP, LLC**,
Appellant

v.

Steve **FINDLEY**, Giancarlo Nisimblat and Roger D. Cormier,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 08-05-46976
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  October 2, 2013

DISMISSED

Appellant has filed an Unopposed Motion to Dismiss the Appeal because the parties have settled.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellant.

PER CURIAM